**United States District Court**
**Violation Notice**
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY13 | 9317097 | FITCH | 46 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 09 23 2020 1000 | SBMAR 09.02.03.07(5)(c) |

Place of Offense

Gunpowder River

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Failure To mark Buoy with Licensee I.D. number Two inches in height.

### DEFENDANT INFORMATION    Phone: (410) 967-70██

Last Name: STiller   David   B

Street Address: ████████████████

██████████████████████

MD 1825CJ MD 02 Kinomon White

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 125 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ 155   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBA          Date: TBA   Time: TBA

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Daniel Hill Jr

Original - CVB Copy

*9317097*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 9/23, 20 20 while exercising my duties as a law enforcement officer in the APG District of Md

SEE Attached

CVB SCAN 10/26/2020 13:15

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10.3.2020   Officer's Signature ____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license.   CMV = Commercial vehicle involved in incident